

U.S. Department of Justice

National Security Division

CR - 24 - 00014

Washington, D.C. 20530

June 24, 2024 (EST)

FILED
Clerk
District Court

JUN 25 2024

for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

The Honorable Ramona V. Manglona
U. S. District Court for the Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950
SENT VIA ELECTRONIC MAIL

Re:  United States v. Julian Paul Assange

Your Honor:

    We are attaching the electronically signed felony Information in the above-captioned matter and respectfully request that, as soon as possible, the clerk docket this letter and Information in order to provide public notice of the Rule 11 hearing scheduled before Your Honor in Saipan for Wednesday, June 26, 2024 at 9am, during which we anticipate that the defendant will plead guilty to the charge in the Information of conspiring to unlawfully obtain and disseminate classified information relating to the national defense of the United States, in violation of 18 U.S.C. § 793(g), and be sentenced by the Court for that offense.

    We appreciate the Court accommodating these plea and sentencing proceedings on a single day at the joint request of the parties, in light of the defendant's opposition to traveling to the continental United States to enter his guilty plea and the proximity of this federal U.S. District Court to the defendant's country of citizenship, Australia, to which we expect he will return at the conclusion of the proceedings.

    Respectfully submitted,

*[signature]*

Matthew J. McKenzie
Deputy Chief
Counterintelligence and Export Control Section
U.S. Department of Justice
National Security Division

Shawn N. Anderson
United States Attorney
Districts of Guam and the NMI

Cc: Defense counsel (via email)