

AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of the Northern Mariana Islands

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Julian Paul Assange | ) | Case No.  1:24-cr-00014 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

**RECEIVED**

**JUN 2 5 2024**

U.S. Marshals Service
Northern Mariana Islands
Clerk
District Court

JUN 2 5 2024

for the Northern Mariana Islands
By_____JP

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of Court

| Place: United States District Court for the Northern Mariana Islands United States Courthouse, Third Floor Gualo Rai, Saipan, MP 96950 | Courtroom No.:  3rd Floor Courtroom |
|---|---|
| | Date and Time:  06/26/2024 9:00 am |

This offense is briefly described as follows:

Count One: Conspiring to unlawfully obtain and disseminate classified information relating to the national defense of the United States, in violation of 18 U.S.C. § 793(g).

Date:     06/25/2024

*Issuing officer's signature*

Heather L. Kennedy, Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:     6/25/2024

*Server's signature*

R.S. Wilhite SDUSM
*Printed name and title*

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No.  1:24-cr-00014

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:   *Julian Paul Assange*

Last known residence:

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)*   *6/25/2024*

❏ I personally served the summons on this defendant                                                   at
*(place)*                                                   on *(date)*                      : or

❏ On *(date)*                      I left the summons at the individual's residence or usual place of abode
with *(name)*                      , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)*   *Atty Richard C. Miller via email.*
who is authorized to receive service of process on behalf of *(name of organization)*
*Julian Paul Assange*                      on *(date)*   *6/25/2024*   ~~and I mailed a copy to~~
~~the organizations's last known address within the district or to its principal place of business elsewhere in the~~
~~United States; or~~

❏ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned:   *6/25/2024*

*R S Wilhite*
Server's signature

*R.S. Wilhite SDUSM*
Printed name and title

Remarks: