FILED
Clerk
District Court

JUN 2 6 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL CASE NO.  24-CR-00014 |
| **Plaintiff,** | |
| **vs.** | **STIPULATION OF FACTS** |
| **JULIAN PAUL ASSANGE,** | |
| **Defendant.** | |

The parties, by and through their respective counsel, hereby stipulate to the following facts in aid of sentencing:

1.   That on or about July 30, 2013, co-conspirator Chelsea Manning was found guilty of various offenses under the Uniform Code of Military Justice for conduct relating to the crime charged in the Information;

2.   That on or about August 21, 2013, Manning was sentenced to serve thirty-five (35) years in prison for those crimes;

3.   That on or about January 17, 2017, President Barack Obama commuted all but four months of Manning's sentence;  Manning ultimately served approximately seven (7) years in prison.


_____
MATTHEW MCKENZIE
Deputy Chief

_____
BARRY POLLACK
Attorney for Defendant Assange